UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Yvonne Jones

                        Plaintiff,

v.                                                       Case No.: 1:17–cv–06017
                                                               Honorable Ronald A. Guzman

American Access Casualty Company

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 18, 2017:

      MINUTE entry before the Honorable Young B. Kim: Given that fact discovery must be completed by February 15, 2017, parties are ordered to adhere to the following written discovery schedule: (1) exchange Rule 26(a)(1) disclosures by November 17, 2017; (2) serve written discovery requests by November 17, 2017; (3) serve answers to written discovery requests by December 15, 2017; and (4) confer about the adequacy of the discovery responses by December 22, 2017. If requests for production of documents are served, the responding party must produce or give access to the responsive documents by December 15, 2017, along with a privilege log if responsive documents are withheld. A boilerplate response that the party will produce responsive documents at a later time is not acceptable under Rule 34. Also the court will not consider general objections to written discovery requests if the court must address and rule on written discovery disputes. Parties are to file a joint status report identifying each side's written discovery issues, if any, along with the relevant written discovery responses as exhibits by January 5, 2018. (If the parties do not have any written discovery disputes, a status report is not required.) A status hearing is scheduled for January 10, 2018, at 11:00 a.m. in courtroom 1019 to discuss the written discovery issues identified, if any, and anticipated oral discovery. Parties are also urged to schedule the deposition of potential witnesses, including Plaintiff, as soon as possible and not wait until written discovery is completed. If the parties are interested in exploring settlement options with the assistance of this court or to simply have a settlement conference scheduled on the court's calendar (subject to cancellation upon request), they may jointly call the court to schedule a conference. The court is now scheduling matters for settlement conferences in mid–January 2018. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.